### Kevin PETTY, Appellant,

v.

### UNITED STATES OF AMERICA, et al., Appellees.

### No. 01–5052.

United States Court of Appeals, District of Columbia Circuit.

Aug. 2, 2001.

Rehearing En Banc Denied Sept. 25, 2001.

Before HARRY T. EDWARDS, KAREN LECRAFT HENDERSON, and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has

determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed January 29, 2001, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.